AGOSTINO GAZZOLO et al., executors, &c., complainants-respondents,

*v.*

MARGERY MARSULLO et al., defendants-appellants.

[Submitted February 2d, 1937. Decided April 30th, 1937.]

*Mr. Joseph L. Freiman,* for the appellants.

*Mr. Ellis I. Taube,* for the respondents.

PER CURIAM.

We have examined with care the record and conclude that the orders under appeal in this case were quite right in every respect, and they are accordingly affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PAR-KER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, COLE, JJ. 15.

*For reversal*—None.